UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 1 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BEVERLY SURETTE, )
)
Plaintiff, )
)
v. ) Civil Action No. 01-0570 (PLF)
)
THE ISLAMIC REPUBLIC OF IRAN, et al. )
)
Defendants. )
)
)

## JUDGMENT AND ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that judgment be entered in favor of plaintiff Beverly Surette against the Islamic Republic of Iran and its Ministry of Information and Security and the Islamic Revolutionary Guard Corps, jointly and severally, for compensatory damages in the following amounts:

| | |
|---|---|
| Estate of William Buckley (lost income): | $1,021,284 |
| Estate of William Buckley (pain and suffering): | $5,440,000 |
| Beverly Surette (solatium): | $10,000,000 |
| Maureen Moroney (solatium): | $2,500,000 |

It is FURTHER ORDERED that judgment be entered in favor of plaintiff Beverly Surette against the Iranian Ministry of Information and Security and the Islamic Revolutionary Guard Corps, jointly and severally, for punitive damages in the amount of $300,000,000; and it is

1



FURTHER ORDERED that plaintiff may arrange for the Opinion issued this same day and this Judgment and Order to be translated into Farsi and, at plaintiff's request, the Clerk's Office shall cause copies of the translated Opinion and Judgment and Order to be transmitted to the United States Department of State for service upon defendants through diplomatic channels, pursuant to 28 U.S.C. § 1608(a)(4).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 11/1/02